Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 64547.—John F. Kilroy Company v. United States, protests 240162–K and 240163–K (New York).

Opinion by JOHNSON, J. When this case was first called for trial, request was made for a continuance in order to obtain information from the German manufacturer. When the case was again called for hearing, counsel reported that the information received was unsatisfactory, and counsel for the Government moved to dismiss the protests for lack of prosecution. The protests were dismissed.

No. 64548.—B. Westergaard & Co. v. United States, protest 288841–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 64549.—Border Brokerage Co. v. United States, protests 58/2127, 58/10123, and 59/8932 (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733) the claim of the plaintiff was sustained.

No. 64550.—Railway Express Agency, Inc. v. United States, protest 58/17784 (Minneapolis).

Opinion by DONLON, J. In accordance with oral stipulation of counsel that the items in question (item No. 12334 in entry No. 684 and item No. 12250 in entry No. 413) are similar in all material respects to the merchandise the